AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>1:25-cv-06650 | DATE FILED<br>06/17/2025 | United States District Court<br>Northern District of Illinois |
| PLAINTIFF<br><br>Tyrone Acierto | | DEFENDANT<br><br>Partnerships and Unincorporated Associations Identified on Schedule A |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | See Attached | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>Thomas G. Bruton | (BY) DEPUTY CLERK<br>M. Nowak | DATE<br>06/17/2025 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**Exhibit 1**

**Copyright Registration**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-442-820**
Effective Date of Registration:
November 07, 2024
Registration Decision Date:
April 24, 2025



## Title

| | |
|---|---|
| Title of Work: | Book Photo 1 |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2022 |
| Date of 1st Publication: | February 03, 2022 |
| Nation of 1st Publication: | United States |

## Author

- Author: Tyrone Acierto
- Author Created: photograph
- Citizen of: United States

## Copyright Claimant

Copyright Claimant: Tyrone Acierto
6313 W Montrose Ave, Chicago, IL, 60634, United States

## Certification

Name: Daniel Lachman
Date: November 07, 2024

Copyright Office notes: Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited photograph only. 17 USC 101, 102 (a), and 113.

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-442-821**
Effective Date of Registration:
November 07, 2024
Registration Decision Date:
April 24, 2025

---

### Title

- **Title of Work:** Book Photo 2

### Completion/Publication

- **Year of Completion:** 2022
- **Date of 1st Publication:** February 03, 2022
- **Nation of 1st Publication:** United States

### Author

- **Author:** Tyrone Acierto
- **Author Created:** photograph
- **Citizen of:** United States

### Copyright Claimant

- **Copyright Claimant:** Tyrone Acierto
  6313 W MONTROSE AVENUE, Chicago, IL, United States

### Certification

- **Name:** Daniel Lachman
- **Date:** November 07, 2024

- **Copyright Office notes:** Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited photograph only. 17 USC 101, 102 (a), and 113.

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

Registration Number
**VA 2-442-823**
Effective Date of Registration:
November 07, 2024
Registration Decision Date:
April 24, 2025

## Title
    Title of Work:  Book Photo 3

## Completion/Publication
    Year of Completion:  2022
    Date of 1st Publication:  February 03, 2022
    Nation of 1st Publication:  United States

## Author
    •    Author:  Tyrone Acierto
        Author Created:  photograph
        Citizen of:  United States

## Copyright Claimant
    Copyright Claimant:  Tyrone Acierto
        6313 W MONTROSE AVENUE, Chicago, IL, 60634, United States

## Certification
    Name:  Daniel Lachman
    Date:  November 07, 2024

    Copyright Office notes:  Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited photograph only. 17 USC 101, 102(a), and 113.

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-442-827**
**Effective Date of Registration:**
November 07, 2024
**Registration Decision Date:**
April 24, 2025

## Title

| | |
|---|---|
| Title of Work: | Book Photo 4 |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2022 |
| Date of 1st Publication: | February 03, 2022 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Tyrone Acierto |
| Author Created: | photograph |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Tyrone Acierto |
| | 6313 W MONTROSE AVE, Chicago, IL, 60634, United States |

## Certification

| | |
|---|---|
| Name: | Daniel Lachman |
| Date: | November 07, 2024 |

| | |
|---|---|
| Copyright Office notes: | Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited photograph only. 17 USC 101, 102 (a), and 113. |



Page 1 of 1